

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of J.B. and J.S., children,    * From the 326th District Court
        of Taylor County,
        Trial Court No. 10101-CX.

No. 11-22-00305-CV    * May 3, 2023

        * Memorandum Opinion by Williams, J.
        (Panel consists of: Bailey, C.J.,
        Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the order below. Therefore, in accordance with this court's opinion, we reverse the trial court's termination order insofar as it terminated the parental rights of the mother to the children involved in this case, and we affirm the order of the trail court in all other respects. We remand this cause to the trial court for further proceedings. Any proceeding on remand must be commenced within 180 days of this court's mandate.